PEOPLE ex rel. WEISZ, Appellant, v. MILLARD DIVISION, NO. 104, ORDER OF RAILWAY CONDUCTORS OF AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Proceeding by the people of the state of New York, on the relation of Charles E. Weisz, against Millard Division, No. 104, Order of Railway Conductors of America. No opinion. Default opened, and case set down for, argument on Monday, May 26, 1902.

---

PEOPLE ex rel. WEST et al., Appellants, v. CITY OF SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Proceeding by the people of the state of New York, or the relation of Eugene West and others, against the city of Syracuse. No opinion. Judgment affirmed, with costs.

---

PERRY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by William Perry against the Metropolitan Street Railway Company. No opinion. Motion denied.

---

PETERS, Appellant, v. MEYER et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Anna Maria Peters against Alfred Meyer and others. No opinion. Judgment affirmed, with costs, on the opinion of Russell, J., at special term. 73 N. Y. Supp. 936.

---

In re PITT ST. (Supreme Court, Appellate Division, First Department. May 23, 1902.) In the matter of Pitt street. No opinion. Motion granted.

---

In re PIZEY. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) In the matter of the application of Alfred Pizey for admission to the bar. No opinion. Application granted.

---

In re PLASS. PLASS, Appellant, v. SHEEKY, Respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) In the matter of the petition of Norman Plass for an order, etc. Action by Norman Plass against Richard Sheeky. No opinion. Order affirmed, without costs. See opinion in Plass v. Clark (Sup.) 76 N. Y. Supp. 2.

---

PLOSS, Respondent, v. JOHN HANCOCK MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Augusta Ploss against the John Hancock Mutual Life Insurance Company.

PER CURIAM. Judgment of the municipal court affirmed, with costs.

WOODWARD and JENKS, JJ., dissent.

In re POUGHKEEPSIE TRUST CO. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) In the matter of the application of the Poughkeepsie Trust Company to be designated as a depository, etc. No opinion. Hon. Samuel K. Phillips appointed referee.

---

POWELL, Respondent, v. WHITNEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Mary E. Powell against Oliver B. Whitney and Nathaniel H. Dubois, doing business under the name of the Whitney Basket Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

QUINN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Ann Quinn against the Metropolitan Street Railway Company. T. H. Lord, for appellant. F. Herwig, for respondent. No opinion. Judgment and order affirmed, with costs.

---

REARDON, Respondent, v. LEIGH, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Joseph Reardon against B. W. Leigh. No opinion. Judgment affirmed, with costs.

---

REISS, Appellant, v. TOWN OF PELHAM, Respondent. WEBER, Appellant, v. SAME, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1902.) Actions by August Reiss and Charles Weber against the town of Pelham.

PER CURIAM. Motions for reargument denied. The whole question in controversy can be presented on the consideration of the appeals from the judgments, which have been ordered on the calendar for disposition at this term.

---

REISS, Appellant, v. TOWN OF PELHAM, Respondent. WEBER, Appellant, v. SAME, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Actions by August Reiss and by Charles Weber against the Town of Pelham.

PER CURIAM. Judgments and orders denying motion for a new trial unanimously affirmed, without costs, on the authority of Reiss v. Town of Pelham and Weber v. Same, 53 App. Div. 459, 65 N. Y. Supp. 1033. Leave to appeal to the court of appeals granted. Order to be settled before Mr. Justice HIRSCHBERG, and question to be certified then determined. See 62 N. Y. Supp. 607.

---

REVOIR, Appellant, v. LEONARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.)

Action by Battese Revoir against George B. Leonard. No opinion. Order affirmed, with $10 costs and disbursements.

In re RICHARDSON. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) In the matter of the application of William Payson Richardson for admission to the bar. No opinion. Application granted.

RIDDLE, Respondent, v. FORTY–SECOND ST., M. & ST. N. AVE. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by Janet Riddle, as administratrix, against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railway Company. T. H. Lord, for appellant. T. Darlington, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

HATCH, J., dissents.

ROBINSON, Respondent, v. APPLEBY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Albertina L. Robinson, as administratrix, etc., of Frederick H. Robinson, deceased, against Charry O. Appleby and Silas F. Overton, as executors, etc., of Helen C. Pratt, deceased. No opinion. Motion denied.

In re ROGERS' ESTATE. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) In the matter of the transfer tax on the estate of John L. Rogers, deceased. No opinion. Order signed on stipulation.

ROGERS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by J. S. Rogers against the city of New York. T. Farley, for appellant. L. L. Kellogg, for respondent. No opinion. Judgment affirmed, with costs.

ROOSEVELT et al. v. PORTER et al. (Supreme Court, Appellate Division, First Department. April 18, 1902.) Action by W. Emlen Roosevelt and others against S. Grosvenor Porter and others. No opinion. Motion granted, with $10 costs.

RUDD, Respondent, v. MIDGELY, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by William W. Rudd against J. Edwards Midgely. No opinion. Judgment of the municipal court affirmed, with costs.

RUFFIN, Appellant, v. FORTY–SECOND ST., M. & ST. N. AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Caroline Ruffin against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railroad Company. A. Nelson, for appellant. W. S. Cogswell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RUSHTERFER, Respondent, v. VILLAGE OF TONAWANDA, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Action by Frank Rushterfer against the village of Tonawanda.

PER CURIAM. Judgment and order reversed, upon the ground that the damages are excessive, and new trial ordered, with costs to the appellant to abide event, unless the respondent within five days stipulates to reduce the verdict as of the date of its rendition to the sum of $1,500, in which event the judgment as thus modified and the order are affirmed, without costs of this appeal to either party.

RUSSELL v. PRUDENTIAL INS. CO. OF AMERICA. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by Amelia Russell against the Prudential Insurance Company of America. From a judgment entered on a verdict against defendant for $1,131.63, and from an order denying a new trial, defendant appeals. Affirmed. D. Raymond Cobb, for appellant. Frederick A. Kuntzsch, for respondent.

PER CURIAM. Judgment affirmed.

HISCOCK, J. I am unable to agree with the conclusions reached by a majority of my associates in this case. The action was brought by plaintiff as a beneficiary under an insurance policy claimed to have been issued by the defendant upon the life of her husband, one Robert J. Russell. The defense relied upon at the trial was, in effect, that the initial premium upon said policy was not paid when the latter was delivered, or at any time before the insured died, and that therefore, under its terms, the policy never became valid and binding upon the defendant. The principal legal question involved under said defense, upon said trial and upon this appeal, was and is whether the defendant was bound by or subsequently ratified the alleged waiver by the agent who delivered said policy of its provisions calling for the payment of such initial premium before it went into effect. The learned trial justice held as matter of law in the affirmative upon this proposition. In this respect I think that he fell into such error as to call for reversal of the judgment. December 26, 1899, the deceased made written application to defendant for insurance to the extent of $1,000. Before that date he had taken out another policy for the same sum, which after his death was paid without contest. In response to such application, under date of December 30, 1899, the defendant in due form, in accordance with said application, wrote the policy of insurance for $1,000 upon said Russell's life, payable to plaintiff as his beneficiary, which is in controversy here. At that time one Tennant was its general agent in Syracuse and vicinity, where